**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX   441-1533

Attorneys for Plaintiff, MARSHALL LOSKOT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation, dba LabCorp, NICOLE FERREIRA PARTNERSHIP, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-03208 JAM CMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff **MARSHALL LOSKOT** and Defendants **LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware corporation, dba LabCorp, NICHOL & FERREIRA (sued herein as NICOLE FERREIRA PARTNERSHIP)**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: March __, 2012  _____
Jason K. Singleton, Attorney for
Plaintiff, **MARSHALL LOSKOT**

**SNELL & WILMER L.L.P.**

Dated: March __, 2012  _____
Brian Mills, Attorney for Defendant,
**LABORATORY CORPORATION OF AMERICA HOLDINGS**

**LAW OFFICES OF MARK EMMETT**

Dated: March __, 2012  _____
Mark Emmett, Attorney for Defendant,
**NICHOL & FERREIRA**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs LABORATORY CORPORATION OF AMERICA HOLDINGS, et al.</u>, Case Number 2:12-cv-03208 JAM CMK, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: 3/12/2012                              /s/ John A. Mendez_____
                                              JOHN A. MENDEZ,
                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER OF DISMISSAL 3 **2:11-CV-03208 JAM CMK**

PDF created with pdfFactory trial version www.pdffactory.com